# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES RIVER INSURANCE COMPANY                                                                    PLAINTIFF

v.                                        NO. 4:14CV00609 JLH

CARL L. JOHNSON, M.D.;
STEPHANIE HERNANDEZ;
RATHA PARR; MEGAN HARRIS
HALFERTY; LILLIAN MARSHALL;
and FRELANDRA WOMACK                                                                              DEFENDANTS

## ORDER

The plaintiff's motion to dismiss all of its claims against all defendants is GRANTED. Document #19. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE